IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**PAMELA THAMES**

**VS.**                                              **CIVIL ACTION NO. 2:13cv152-KS-MTP**

**CAROLYN W. COLVIN**
**COMMISSIONER OF SOCIAL SECURITY**

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge entered herein on February 4, 2014, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

It should be noted that on February 13, 2014, the Plaintiff, Pamela Thames, lodged a letter with the Clerk of this Court [15]. The letter makes no specific objection to the Report and Recommendations. While this Court is in sympathy with the issues addressed by Ms. Thames, there has been no response from her after many opportunities.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and the Complaint is hereby dismissed without prejudice. A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the 11th day of March, 2014.

                                              *s/Keith Starrett*
                                              UNITED STATES DISTRICT JUDGE